# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAWRENCE DAVID PHILLIPS, JR.

VERSUS

EXXON CHEMICAL LOUISIANA, LLC, ET AL

NO.   2021 CW 0939

**NOVEMBER 05, 2021**

---

In Re:   Exxon Mobil Corporation, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 691676.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** Relator failed to provide a copy of the hearing transcript or judge's reasons, if any were given, regarding the grant of the new trial, in violation of Rule 4-5(C)(7), Uniform Rules of Louisiana Courts of Appeal. Moreover, relator has failed to include a copy of the transcript of the underlying trial on the merits.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 19, 2021, and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT